**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7246**

---

DONNIE ORVILLE BUNDICK,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-91-105-R, CA-95-513-R)

---

Submitted: March 31, 1997                 Decided: May 20, 1997

---

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Donnie Orville Bundick, Appellant Pro Se. Stephen Urban Baer, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donnie Bundick appeals from the district court's order denying his motion brought under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We dismiss.

Our review of Bundick's application to proceed on appeal without the prepayment of fees under the Prison Litigation Reform Act reveals that he made a false allegation of poverty. Specifically, Bundick stated on September 1, 1996, that he was not employed, that he had not been employed since 1990, and that he had not received within the past twelve months income from any source. Prison records, however, reveal that Bundick was employed and received pay at least for the time period between October of 1995 and July of 1996. This false allegation, bearing directly on Bundick's financial capability, compels us to dismiss his appeal under 28 U.S.C.A. § 1915(e)(2) (West 1994 & Supp. 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2